UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RITA M. GONZALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:13-CV-578-TAV-DCP |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation (R&R) entered by United States Magistrate Judge Debra C. Poplin on November 6, 2020 [Doc. 31], regarding plaintiff's Petition for Approval of 406(b) Attorney Fee [Doc. 25]. The magistrate judge recommends that the Court grant the petition.

There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** the R&R [Doc. 31] in full pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** that defendant's motion [Doc. 25] is **GRANTED** and that plaintiff's counsel be awarded $6,334.60 in attorney's fees.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE